JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CYMEYON V. HILL, | No. ED CV 23-742-JLS(E) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| DR. ZUFAR, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: November 5, 2023.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE